**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE POLYESTER STAPLE** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____ | ) | **ALL CASES** |

      **THIS MATTER** comes before the Court on Nan Ya Defendants' Motions For Extension Of Time, filed June 29, 2005 and June 30, 2005. (Documents #309, #312) For the reasons stated therein, Defendants' motions will be granted.[1]

      As forecast in Defendants' motions for extension of time, on July 1, 2005, the parties filed a document entitled "Stipulation Concerning Nan Ya Defendants' Objections To Class Plaintiffs' Supplemental Discovery." (Document #313) The Stipulation relates to Class Plaintiffs' June 12, 2005, filing moving to strike Nan Ya Defendants' Supplemental Responses and Objections To Class Plaintiffs' Jurisdictional Discovery. (Document #298) Some of the issues raised by Class Plaintiffs were addressed indirectly during the status conference of June 23, 2005. However, given the stipulations, Class Plaintiffs' previous motion is rendered moot.

      **IT IS, THEREFORE, ORDERED** that Nan Ya Defendants' Motions For Extension Of Time are both **GRANTED;** and

      **IT IS FURTHER ORDERED** that Class Plaintiffs' Motion To Strike Nan Ya Defendants' Supplemental Responses and Objections is hereby **DENIED as moot**.

---

[1] Despite implementation of the electronic case filing system, the Clerk's Office is several days behind in processing electronically filed documents due to the July 4th holiday. The Court apologizes for the delay.

**Signed: July 8, 2005**

Richard L. Voorhees
United States District Judge