**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE POLYESTER STAPLE** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____) | | **ALL CASES** |

      **THIS MATTER** comes before the Court on its own motion for purposes of scheduling the next two Status Conferences. Counsel who may be interested in participating via video-conference should contact chambers' staff for more information.

      **IT IS, THEREFORE, ORDERED** that Status Conferences are hereby scheduled for **Monday, October 3, 2005 at 2:00 PM** and **Tuesday, November 1, 2005 at 10:00 AM.**

      **IT IS FURTHER ORDERED** that the Deputy Clerk is directed to forward a copy of this Scheduling Order to all Liaison Counsel appointed by the undersigned and / or designated by Defendants, and the Courtroom Deputy.

      *On October 3rd, note the 2 PM hearing time (as opposed to our regular 10 AM). Also please note that the November status conference was originally scheduled in open court for November 2, 2005, but is being rescheduled at the request of the Clerk of Court due to a district-wide CM / ECF event.*

**Signed: September 14, 2005**

Richard L. Voorhees
United States District Judge