IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MDL DOCKET NO.: 3:03CV1516

| | |
|---|---|
| In re: POLYESTER STAPLE ANTITRUST LITIGATION<br><br>ALL CASES | ORDER EXPEDITING THE BRIEFING AND HEARING ON THE DEPOSITION OF TROY F. STANLEY, SR. |

**THIS MATTER** comes before the Court on Class Plaintiffs' Motion Regarding the Deposition of Troy F. Stanley, Sr. The Court finds that good cause exists to grant the relief requested therein.

**IT IS HEREBY ORDERED** that any opposition to Class Plaintiffs' Motion Regarding the Deposition of Troy F. Stanley, Sr., is due **on or before January 30, 2006**. Class Plaintiffs waive their right to reply.

**IT IS FURTHER ORDERED** that a telephonic hearing is hereby scheduled for **Wednesday, February 1, 2006, at 11:00 a.m.** As the movants, Class Plaintiffs are responsible for establishing the multi-party conference call.

Signed: January 25, 2006

Richard L. Voorhees
Chief United States District Judge