UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | MDL DOCKET NO: 3:03CV1516 |
| _____ | ) | ALL CASES |

**THIS MATTER** comes before the Court on the following outstanding motions: 1) Hoechst Defendants' Request For Additional Time To Cross-Examine Troy Stanley and Motion To Strike Deposition Testimony Of Troy Stanley Elicited By KoSa, filed February 24, 2006 (Doc.#367); 2) Defendants CNA Holdings, Inc. And Celanese Americas Corp.'s ("Celanese Defendants") Motion For Protective Order, filed March 13, 2006 (Doc.#385); and 3) "Non-Class Plaintiffs' Motion For Relief And Sanctions Against Defendants CNA Holdings, Inc. And Celanese Americas Corp.," filed March 28, 2006 (Doc.#391).

**IT IS, THEREFORE, ORDERED** that these matters are scheduled for hearing on **Wednesday, April 26 at 2:00 PM** in the Charlotte Division, Courtroom #2.

**IT IS FURTHER ORDERED** that the Deputy Clerk is directed to forward a copy of this Scheduling Order to all Liaison Counsel appointed by this Court, including Liaison Counsel for Non-Class Plaintiffs, David Eddy, Counsel for the Hoechst Defendants, Counsel for Troy Stanley, Counsel for Arteva / KoSa, as well as the Courtroom Deputy.

Signed: April 13, 2006

Richard L. Voorhees
Chief United States District Judge