UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | MDL DOCKET NO: 3:03CV1516 |
| _____ | ) | ALL CASES |

**THIS MATTER** comes before the Court on its own motion for purposes of establishing the date and time of the next status conference and / or motions hearing. In addition to hearing from all parties regarding the status of the case generally, the Court will also attempt to resolve any outstanding (and fully-briefed) pretrial motions arising out of discovery disputes. The parties should submit a Joint Status Report identifying proposed topics or agenda items no later than Tuesday, July 25, 2006.

**IT IS HEREBY ORDERED** that a Status Conference / Motions Hearing will be held **Friday, July 28, 2006, at 10:00 a.m. in Courtroom #2, Charlotte, North Carolina.**

**IT IS FURTHER ORDERED** that the Clerk forward a copy of this Order to Liaison Counsel for the Class and Non-Class Plaintiffs, counsel for the remaining Defendants, and the Courtroom Deputy.

Signed: June 22, 2006

Richard L. Voorhees
United States District Judge