# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## MDL Docket No. 3:03CV1516

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | ) ORDER AUTHORIZING<br>) DISTRIBUTION OF<br>) SETTLEMENT FUNDS<br>) |
| THIS DOCUMENT RELATES TO:<br>Case No. 3:03CV00200 (Tex Tech Industries, Inc.)<br>Case No. 3:03CV00201 (Hollander Home Fashions Corp.)<br>Case No. 3:03CV00203 (Carpenter Co.)<br>Case No. 3:03CV00206 (Fiber Dynamics, Inc.)<br>Case No. 3:03CV00207 (Doran Mills, LLC)<br>Case No. 3:03CV00208 (Habasit Belting, Inc.)<br>Case No. 3:03CV00209 (J.H.N.Y., Inc.)<br>Case No. 3:03CV00280 (Quality Felt Co.)<br>Case No. 3:03CV00309 (Southern Fiber, Inc.)<br>Case No. 3:03CV00474 (Thomaston Mills, Inc.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Based on Class Plaintiffs' Motion for An Order Authorizing Distribution of Settlement Funds (Document #463), and *good cause* appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Escrow Agent shall retain $33,411 in the Wellman escrow account and $36,453 in the Nan Ya escrow account for the payment of taxes or estimated taxes (or interest or penalties thereon) and estimated tax preparation costs and administrative costs until Class Counsel direct that they be paid or transferred to the Claims Administrator for payment.

2. The Escrow Agent shall transfer the remaining balance of the Wellman and Nan Ya settlement funds to the Claims Administrator to pay the claims approved by the Claims Administrator in accordance with the Class Plaintiffs' Settlement Agreements with Wellman, Inc. and the Nan Ya Defendants previously approved by this Court.

Signed: September 26, 2006

Richard L. Voorhees
United States District Judge