UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MDL DOCKET NO.: 3:03CV1516

| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | ORDER |
|---|---|

This matter comes before the Court on Non-Party Troy F. Stanley Sr.'s Motion to Quash the January 26, 2007 subpoena *duces tecum* issued by Celanese Americas Corporation and CNA Holdings, Inc. to Mr. Stanley. The Court finds that good cause exists to grant the relief requested therein.

It is hereby ordered that Non-Party Stanley's Motion to Quash is granted.

This the 1st of March, 2007.

Richard L. Voorhees,
United States District Court Judge