IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE<br>ANTITRUST LITIGATION | MDL DOCKET NO.<br>3:03CV1516 |

**AMENDED & REVISED SCHEDULING ORDER**
*NON-CLASS PLAINTIFFS & HOECHST CELANESE DEFENDANTS*
*3:06CV387-V; 3:06CV390*

**THIS MATTER** comes before the Court on a joint request for an extension of time made on behalf of the Burlington and Parkdale Plaintiffs via letter dated April 24, 2007. (3:06CV390 Document #45; 3:06CV387 Document #50)

**IT IS HEREBY ORDERED** that Non Class Plaintiffs' motion is **GRANTED** and the Court's previous scheduling orders are **AMENDED** as follows:

**Expert Designations and Disclosures:** June 15, 2007

**Rebuttal Expert Designations and Disclosures:** June 29, 2007

**Expert Depositions:** July 13, 2007

**Dispositive Motions:** July 27, 2007

**Responses to Dispositive Motions:** August 10, 2007

**Replies to Responses to Dispositive Motions:** August 24, 2007

The Clerk of Court is directed to send a copy of this Revised Scheduling Order to Liaison Counsel appointed for Non-Class Plaintiffs, Counsel for the Hoechst Celanese Defendants, the Courtroom Deputy, and the Clerk of the Panel.

Signed: May 2, 2007

Richard L. Voorhees
United States District Judge

1