IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO.: 3:03CV1516 ALL NON-CLASS CASES |
|---|---|

### CONSENT AMENDED & REVISED SCHEDULING ORDER EXTENDING DEADLINES FOR DISPOSITIVE MOTION RESPONSE AND REPLY BRIEFS

This matter comes before the Court following the parties' motion to extend the deadlines for filing dispositive motion responses and replies. The parties have conferred and agreed upon the deadlines set forth below.

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED** and the Court's previous scheduling orders are **AMENDED** as follows:

**Responses to Dispositive Motions:** September 26, 2007

**Replies to Responses to Dispositive Motions:** October 19, 2007, unless Plaintiffs' response briefs total more than 50 pages (inclusive of any new, attorney-composed appendix materials), in which event Defendants' reply brief deadline shall be extended ten additional days to October 29, 2007.

The Clerk of Court is directed to send a copy of this Revised Scheduling Order to Liaison Counsel appointed for Non-Class Plaintiffs, Counsel for the Hoechst Celanese Defendants, the Courtroom Deputy, and the Clerk of the Panel.

Signed: September 5, 2007

Richard L. Voorhees
United States District Judge