# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | MDL DOCKET NO: 3:03CV1516 |
| _____ | ) | ALL CASES |

**THIS MATTER** comes before the Court on its own motion for purposes of establishing the date and time of the next status conference, which will be held on November 16, 2007. The Court will entertain proposals from the parties regarding any outstanding scheduling issues and final pretrial deadlines. The undersigned will first hear from parties to the class proceedings, the Direct Purchaser Class and the Arteva / KoSa Defendant group. Next, the Court will invite comments from the Non-Class or Individual Action Plaintiffs and the Hoechst Celanese Defendant group.

**IT IS HEREBY ORDERED** that a Status Conference will be held **Friday, November 16, 2007, at 10:00 a.m. in Courtroom #2, Charlotte, North Carolina.**

**IT IS FURTHER ORDERED** that the Clerk forward a copy of this Order to Liaison Counsel for the Class and Non-Class Plaintiffs, counsel for the remaining Defendants, and the Courtroom Deputy.

Signed: October 11, 2007

Richard L. Voorhees
United States District Judge