# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### MDL DOCKET NO.: 3:03CV1516

In re: POLYESTER STAPLE
ANTITRUST LITIGATION

**ORDER AUTHORIZING
CLASS NOTICE**

1THIS DOCUMENT RELATES TO:

Case No. 3:03CV00200 (Tex Tech Industries, Inc.)
Case No. 3:03CV00201 (Hollander Home Fashions Corp.)
Case No. 3:03CV00203 (Carpenter Co.)
Case No. 3:03CV00206 (Fiber Dynamics, Inc.)
Case No. 3:03CV00208 (Habasit Belting, Inc.)
Case No. 3:03CV00209 (J.H.N.Y., Inc.)
Case No. 3:03CV00280 (Quality Felt Co.)
Case No. 3:03CV00309 (Southern Fiber, Inc.)
Case No. 3:03CV00474 (Thomaston Mills, Inc.)

Upon consideration of Class Plaintiffs' Motion for an Order Directing Class Notice (Document #607), Defendants' Response In Opposition (Document #608), and Class Plaintiffs' Reply (Document #615):

**IT IS HEREBY ORDERED THAT:**

1.  Class Plaintiffs' Motion for an Order Directing Class Notice is **GRANTED**;

2.  Subject to the correction noted herein, this Court approves of the form and content of the Notice of Pendency of Class Action and the Summary Notice of Pendency of Class Action as appended to Class Plaintiffs' Motion for an Order Directing Class Notice at Exhibits A and B, respectively. Within Exhibit A, however, the Court directs Class Plaintiffs to utilize its original "Class Definition," the Class Definition within Paragraph 37 of its Consolidated Amended Class Action Complaint, rather than excluding the Individual Action (or Non-Class) Plaintiffs from the Definition of the Litigation Class and attaching Exhibit 1.

3.    The Court directs that Class Plaintiffs disseminate the Class Notice, as amended, in the following manner:

    a.    A Notice in the form attached as Exhibit A to Class Plaintiffs' Motion shall be disseminated by first class mail, postage prepaid, within 7 days of the entry of this Order ("Notice Date") to all members of the Class previously identified by Defendants in this matter and to any other Class Member who requests it. Class Counsel shall also post a copy of the Notice on the Internet at a readily accessible web address, which web address shall be identified in the Summary Notice;

    b.    A Summary Notice in the form attached as Exhibit B to Class Plaintiffs' Motion shall be published by Class Counsel once in the National Edition of *The Wall Street Journal* as soon as practicable following the Notice Date; and

    c.    All requests for exclusion from the Class shall be postmarked no later than forty-five (45) days after the Notice Date.

4.    Pursuant to the Notice, any Class Members who have settled with or released the Arteva / KoSa Defendants with respect to the claims asserted herein shall timely file a request for exclusion from the Class in accordance with the Notice and this Order.

Signed: October 15, 2007

Richard L. Voorhees
United States District Judge