# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | MDL Docket No. 3:03-CV-1516 |

## ORDER

**THIS MATTER** comes before the Court on Kaye Scholer LLP's Motion for Permissive Intervention and for Access to Sealed Court Documents. The Court finds that good cause exists to grant the relief requested therein.

**IT IS HEREBY ORDERED** that Kaye Scholer LLP's Motion is **GRANTED**, and Kaye Scholer LLP, through its counsel, Williams & Connolly LLP, shall have access to sealed court documents in this action.

Signed: March 5, 2009

Richard L. Voorhees
United States District Judge